IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

__Michael Henry Smith__
Plaintiff(s)/~~Petitioner(s)~~

vs.

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

__British Petroleum, Moren Environmental Inc.__
Defendant(s)/~~Respondent(s)~~

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, __Michael Henry Smith__, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in <u>forma pauperis</u> in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. __BRIEF STATEMENT AS TO THE NATURE OF THE ACTION__: lawsuit for negligence under the Jones Act, and unseaworthiness, maintenance, and cure under the General Maritime Law.

II. __RESIDENCE__:
Your address: __4038 Sierra Drive__
(Street)
__Mobile__   __AL__   __36693-5500__
(City)   (State)   (Zip Code)

III. __MARITAL STATUS__:
1. Single _____  Married __✓__  Separated _____  Divorced _____
2. If married, spouse's full name: __N/A__

IV. __DEPENDENTS__:
1. Number: __0__
2. Relationship to dependent(s): __N/A__
3. How much money do you contribute toward your dependents' support on a monthly basis? $ __0__

Revised 4/10/06


V. **EMPLOYMENT**:
 1. Name of employer: Unemployed
    a. Address of employer: N/A
       (Street)
       N/A
       (City)    (State)    (Zip Code)
    b. How long have you been employed by present employer?
       Years: N/A    Months N/A
    c. Income: Monthly $ N/A    or Weekly $ N/A
    d. What is your job title? N/A

 2. If unemployed, date of last employment: May the 12th, 2010
    Amount of salary and wages received per month in last employment: $ 450⁰⁰

 3. Is spouse employed? N/A   If so, name of employer: N/A
    a. Income: Monthly $ N/A    or Weekly $ N/A
    b. What is spouse's job title? N/A

 4. Are you and/or your spouse receiving welfare aid? NO.
    If so, amount: Monthly $ N/A    or Weekly $ N/A

VI. **FINANCIAL STATUS**
 1. Owner of real property (excluding ordinary household furnishings and clothing):
    a. Description: N/A
    b. Full Address: N/A
    c. In whose name: N/A
    d. Estimated value - - - - - - - - - - - - - - - - - - - - - - - - - - - $ N/A
    e. Total amount owed - - - - - - - - - - - - - - - - - - - - - - $ N/A
       Owed to: _____ $ N/A
                _____ $ N/A

    f. Annual income from property - - - - - - - - - - - - - - - - - $ N/A

 2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
    a.                              Asset (1) N/A    Asset (2) N/A
       Make & Model:
       In whose name registered?
       Present Value of Asset:
       Amount owed:
       Owed to:
    b. Total cash in banks, savings and loan associations, prisoner accounts,

2

financial institutions, other repositories, or anywhere else - $ _roughly 3000.00_

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:
Business, profession or other forms of self-employment - $ _$450.00_
Rent payments, interest or dividends - - - - - - - - - - - - - - $ _0_
Pensions, annuities or life insurance payments - - - - - - - $ _0_
Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - - $ _0_
Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - - $ _0_
Tax refunds, Veteran benefits or social security benefits $ _$359.00_
Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - $ _0_

3. Obligations:
a. Monthly rental on house or apartment - - - - - - - - - - - $ _0_
b. Monthly mortgage payments on house - - - - - - - - - - - $ _0_

4. Other information pertinent to your financial debts and obligations:
_Capital One_          _$800.00_           _$25.00_
(Creditor)            (Total debt)        (Monthly payment)
_AT&T_                _Monthly Charge_    _$121.00_
(Creditor)            (Total debt)        (Monthly payment)
_Blue Cross_          _Health Ins._       _$214.00_
(Creditor)            (Total debt)        (Monthly payment)

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

_I live with my mother and my handicapped sister in a house owned by another sister. My possessions are few and I do not make any purchases_

Other (Explain): _For the last year I have had no income and I have spent my savings. The $3000 will soon be gone for basic needs_

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_May 21st, 2010_
DATE

_Michael Henry Smith_
SIGNATURE OF PLAINTIFF/PETITIONER

_4038 Siera Drive_
ADDRESS
_Msle AL 36693-5500_